Filed 3/8/13  In re Alex S. CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| In re ALEX S., a Person Coming Under the Juvenile Court Law. | |
| | D062089 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. J231172) |
| v. | |
| ALEX S., | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Carlos Armour, Judge.  Affirmed.

A petition was filed in the juvenile court accusing Alex S. (the minor) of battery in violation of Penal Code section 242.  Following an adjudication hearing the court found the allegations in the petition to be true beyond a reasonable doubt.  The minor was placed on probation.

FACTS

Janet J., the minor's aunt, testified that the minor had been staying with her. For approximately a week and a half, the minor had not returned home, but on February 8, 2012, the minor returned home and Janet J. tried to stop her from leaving with some bags. An altercation ensued, during which the minor pushed Janet J. to the floor and stabbed her left palm with a knife. Janet J. went to the hospital and required an X-ray. The minor testified that Janet J. pushed her to the ground to prevent her from leaving, and Janet J. grabbed a knife and used it to cut the bags. The minor denied stabbing her aunt with the knife.

DISCUSSION

Appointed counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal, but asks this court to review the record as mandated by *People v. Wende* (1979) 25 Cal.3d 436. Pursuant to *Anders v. California* (1967) 386 U.S. 738, counsel refers to as possible but not arguable issues: (1) whether there was sufficient evidence to support the finding on the battery charge; (2) whether all of the probation conditions imposed on the minor were valid; and (3) whether the fines, fees, and restitution were properly assessed.

We granted the minor permission to file a brief on her own behalf. She has not responded.

A review of the record pursuant to *People v. Wende*, *supra*, 25 Cal.3d 436, and *Anders v. California*, *supra*, 386 U.S. 738, including the possible issues referred to by

2

appellate counsel, has disclosed no reasonably arguable appellate issues.  The minor has been adequately represented by counsel on this appeal.

DISPOSITION

The judgment is affirmed.

O'ROURKE, J.

WE CONCUR:

McINTYRE, Acting P. J.

AARON, J.

3